**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RONNIE DAVENPORT,
    Petitioner,

vs.                                                       Case No.: 3:04cv290/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 11, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

    **DONE AND ORDERED** this 6th day of November, 2006.

                                                         *s/ M. Casey Rodgers*
                                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**